**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **LINDSEY LAIRD, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | **Case No. 4:18-CV-1567** |
| ) | |
| **v.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **CITY OF ST. LOUIS, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND ALTERNATIVE MOTION TO STRIKE**

Defendants City of St. Louis, Gerald Leyshock, Timothy Sachs, Scott Boyher, Randy Jemerson, Matthew Karnowski, and Brian Rossomanno herein respectfully move the Court to dismiss plaintiff's second amended complaint because the second amended complaint fails to comply with F.R.Civ.P. 8 and the second amended complaint in whole or in part fails to state a claim upon which relief can be granted, pursuant to F.R.Civ.P. 12(b)(6). In the alternative, defendants move to strike the allegations of the amended complaint at ¶¶ ¶¶ 20-25; 27-28; 37-41; 53 and 117-127pursuant to F.R.Civ.P. 12(f).

WHEREFORE defendants pray that the complaint herein be dismissed or that the allegations referred to above be stricken and no answer required to same.

Respectfully submitted,

JULIAN L. BUSH,
CITY COUNSELOR

*/s/Robert H. Dierker 23671MO*
Robert H. Dierker
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird
Assistant City Counselor
Abby Duncan 67766MO
Assistant City Counselor
Meghan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
314 City Hall
1200 Market St.
St. Louis, MO  63103
314-622-3361
FAX 314-622-4956

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ Brandon laird*
Brandon Laird
Assistant County Counselor